

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL DIEZ, | § | |
| | | No. 08-13-00144-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 41st District Court |
| ALASKA STRUCTURES, INC. AND | § | |
| ROLLER KING, INC., | | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC#2011-2963) |
| | § | |

## MEMORANDUM OPINION

Before the Court is Joint Motion of Appellant, Michael Diez, and Appellee, Roller King, Inc., who seek to dismiss the appeal against Roller King, Inc. with prejudice because they have fully settled all claims and issues between them, and are seeking in the trial court the dismissal of Diez' claims against Roller King, Inc. with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

The Court has considered the joint motion and concludes the motion should be granted. The appeal is dismissed with prejudice against Appellee Roller King, Inc. only. The appeal will continue as to Alaska Structures, Inc., Appellee. The style of the case is accordingly modified to *Michael Diez v. Alaska Structures, Inc.* As requested by the parties, each party shall bear its own costs of appeal. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

March 21, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.